IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

MORALES RODRIGUEZ, ALVIN

Case No.: 99-15556 (GAC)

Chapter : 07

Debtor

TRUSTEE'S REPORT ON UNCLAIMED MONEYS
AND TRANSFER OF SAID FUNDS TO THE CLERK

TO THE HONORABLE COURT:

Comes now, John A. Zerbe, duly appointed, qualified and acting trustee and pursuant to 11 USC 347(a) and Title 28 (i.e. #2042) reports the following:

1. An order of Final Distribution was entered by this Court, checks were issued accordingly, and the required time has elapsed for the cancellation of same.

2. To date the bank account of this estate attached herein reflects that the sum of $20,659.03 is still on deposit representing unclaimed moneys due to the following listed creditors:

| Creditor's Name & Address | Amount Unclaimed |
|---|---|
| Margarita Rodriguez<br>HC01 Box 7322<br>Juncos, PR 00777 | $ 8,934.03 |
| Alvin Morales Rodriguez<br>Santa Cruz Medical Building<br>Suite 301<br>73 Ave. Santa Cruz<br>Bayamon, PR 00961 | $11,725.00 |

WHEREFORE, the trustee hereby reports that he has issued a check representing unclaimed moneys in the amount of $20,659.03 payable to the Clerk, U.S. Bankruptcy Court, in order to reduce the estate's bank account to "0".

Page 2
Case No. 99-15556 GAC

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 1st day of July 2003.

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing motion has been personally submitted to the office of the U.S. Trustee.

John A. Zerbe, Trustee
165 Ave. De Diego
Urb. San Francisco
Rio Piedras, PR 00927
(809) 765-8877

John Zerbe, Trustee
165 Ave De Diego
Urb. San Francisco
Rio Piedras, PR 00927

Case   MORALES RODRIGU
Case #  99-15556 GAC
Acct   Checking

BANCO SANTANDER P.R.
SAN JUAN, PR 00936-2589
101-234/215

VOID AFTER 90 DAYS       DATE   07/03/2003       CHECK NO.   5571

PAY   TWENTY THOUSAND SIX HUNDRED FIFTY-NINE AND 03 / 100 DOLLARS       $20,659.03

DESCRIPTION   UNCLAIMED FUNDS

TO THE ORDER OF   CLERK, U.S. BANKRUPTCY COURT

Trustee

⑈0005571⑈ ⑆021502341⑆ ⑈3003521809⑈

---

**John Zerbe, Trustee**
165 Ave De Diego
Urb. San Francisco
Rio Piedras, PR 00927

Case    MORALES RODRIGUEZ, ALVIN
Case #  99-15556 GAC

CONTROL NO.   11153

DATE   07/03/2003           CHECK NO.   5571

PAID           $20,659.03

PAID TO   CLERK, U.S. BANKRUPTCY COURT        DESCRIPTION   UNCLAIMED FUNDS

ACCT NO.   3003521809              NON-NEGOTIABLE      Copy 1

```
UNITED STATES
BANKRUPTCY COURT
DISTRICT OF PUERTO RICO
HATO REY DIVISION

# 373429 - ACG

July 07, 2003
14:36:19


Code      Case #    Qty      Amount

UNCLAIM   99-15556           20,659.03
CH
                    CK# 5571
Judge  - GERARDO A. CARLO


Amount Due->       20,659.03

Amount Tend.->     20,659.03

Change->               0.00


FROM: JOHN ZERBE TRUSTEE
```

---

**John Zerbe, Trustee**
165 Ave De Diego
Urb. San Francisco
Rio Piedras, PR 00927

CONTROL NO. 11153
CHECK NO. 5571
PAID $20,659.03
DATE 07/03/2003
DESCRIPTION UNCLAIMED FUNDS

Case MORALES RODRIGUEZ, ALVIN
Case # 99-15556 GAC

PAID TO CLERK, U.S. BANKRUPTCY COURT

ACCT NO. 3003521809

NON-NEGOTIABLE  Copy 1